Julia Azrael (Bar No. 109049)
Email: jazrael@azraellaw.net
John S. Curtis (Bar No. 50350)
Email: jcurtis@azraellaw.net
**LAW OFFICES OF JULIA AZRAEL**
5200 Lankershim Boulevard, Suite 850
North Hollywood, California 91601
Telephone: (818) 766-5177
Facsimile: (818) 766-5047

Attorneys for Defendant
UNITED FINANCIAL INSURANCE COMPANY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVATION TRUCKING COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> PROGRESSIVE INSURANCE COMPANY, a California corporation; UNITED FINANCIAL CASUALTY COMPANY, a California corporation; and DOES 1 through 10, inclusive; <br><br> Defendants. | CASE NO. CV11-01541 RGK (CWx) <br><br> Case Assigned to the Honorable R. Gary Klausner – Ctrm. 850 <br><br> [Complaint Filed: December 1, 2010] <br><br> **[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE** <br><br> Discovery Cutoff: November 9, 2011 <br> Motion Cutoff: November 23, 2011 <br> Trial Date: February 7, 2012 |

The Court, having considered the Stipulation of Plaintiff and Defendant, hereby dismisses Case No. CV11-01541 RGK (CWx) with prejudice in accordance with the terms of that stipulation.

**IT IS SO ORDERED.**

DATED: January 20, 2012

_____
R. GARY KLAUSNER
Judge of the United States District Court

- 1 -
[Proposed] Order Dismissing Case With Prejudice